# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Laura Reznick

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

January 19, 2017

**VIA ECF**

Hon. Lorna Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **Wilson Segarra v. Koureli Restaurant Group**
       **16-cv-8357(LGS)**

Dear Judge Schofield:

  We represent the Plaintiffs in the above-referenced Fair Labor Standards Act action. As set forth in the annexed stipulation, the parties have agreed to mail a notice to putative FLSA collective members and provide a 60 day period in which such individuals may opt-in to this action. Accordingly, we respectfully request that the Court approve the parties' agreed-upon notice (which is Exhibit A to the parties' stipulation) and distribution plan. We thank the Court for its attention to this matter.

                 Respectfully submitted,

                 Denise A. Schulman

cc: All Counsel (via ECF)